NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rush bags similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 30, 1966

**No. P66/353.**—William L. Bane & Co. and N. Bloom & Sons, Inc. *v.* United States, protest 174133–K (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of candlesticks and candelabra, silver plated on nickel silver or copper, similar in all material respects to those the subject of *L. Tobert Co., Inc., and American Shipping Co.* v. *United States* (40 Cust. Ct. 586, Abstract 62036), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 30, 1966

**No. P66/354.**—Aloha Factors and American Customs Brokerage Co. et al. *v.* United States, protests 65/3599, etc. (Honolulu).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 1, 1966

**No. P66/355.**—Commercial Trading Company and American Customs Brokerage Co. et al. *v.* United States, protests 59/27198, etc. (Honolulu).

**No. P66/356.**—Fujii Shoji, Ltd., et al. *v.* United States, protests 60/26885, etc. (Honolulu).

**No. P66/357.**—Nishimoto Trading Co. of Hawaii, Ltd., and American Customs Brokerage Co. *v.* United States, protests 61/8856, etc. (Honolulu).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 5, 1966

**No. P66/358.**—Radio Corporation of America et al. *v.* United States, protests 60/1592, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of echo-sounding equipment similar in all material respects to that the subject of *Kelvin & Hughes America Corp.* v. *United States* (53 Cust. Ct. 21, C.D. 2468), the claim of the plaintiffs was sustained.

**No. P66/359.**—Toyomenka, Inc. *v.* United States, protest 64/2409 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of table knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiff was sustained.

**No. P66/360.**—Illfelder Importing Co., Inc., et al. *v.* United States, protests 65/23513, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of sirens similar in all material respects to those the subject of *Oxford International Corp.* v. *United States* (55 Cust. Ct. 472, Abstract 69607), and that the items of merchandise marked "B" covered by the foregoing protests consist of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claims of the plaintiffs were sustained.

BEFORE THE SECOND DIVISION, DECEMBER 7, 1966

**No. P66/361.**—J. C. De Jong & Co., Inc. *v.* United States, protests 60/24609 and 64/21878 (New York).